# ELECTRONIC RECORD

088-15
089-15
090-15
091-15
092-15

COA # 05-14-00139-CR       OFFENSE: 29.03

STYLE: Reginald Doney Thompson v. The State of Texas       COUNTY: Dallas

COA DISPOSITION: AFFIRM       TRIAL COURT: Criminal District Court No. 5

DATE: 12/15/2014       Publish: NO  TC CASE #: F-0724608-L

---

## IN THE COURT OF CRIMINAL APPEALS   088-15
089-15
090-15
091-15
092-15

STYLE: Reginald Doney Thompson v. The State of Texas       CCA #: 

_____PRO SE_____ Petition       CCA Disposition: 092-15

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: 

_____REFUSED_____       JUDGE: 

DATE: 04/22/2015       SIGNED: _____       PC: _____

JUDGE: _Per Curiam_       PUBLISH: _____       DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD